UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHRISTINA JOSEPH                    )
                    Plaintiff,      )
                                    )
v.                                  )          **JUDGMENT**
                                    )
                                    )          No. 5:22-CV-24-FL
KILOLO KIJAKAZI,                    )
*Acting Commissioner of Social Security*    )
                                    )
                    Defendant.      )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on September 29, 2022, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on September 29, 2022, and Copies To:**
Laura Beth Waller / George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)


September 29, 2022                    PETER A. MOORE, JR., CLERK


                                      _/s/ Sandra K. Collins_____
                                     (By) Sandra K. Collins, Deputy Clerk