UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTINA JOSEPH )<br>           Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MARTIN O'MALLEY, Commissioner of )<br>the Social Security Administration )<br>           Defendant. )<br>) | **JUDGMENT**<br><br>No. 5:22-CV-24-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 23, 2024, that defendant pay to plaintiff $3,684.13 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on January 23, 2024, and Copies To:**
George C. Piemonte / Laura Beth Waller (via CM/ECF Notice of Electronic Filing)
Cassia Parson / Mark Goldenberg (via CM/ECF Notice of Electronic Filing)


January 23, 2024                    PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K. Collins
                                         (By) Sandra K. Collns, Deputy Clerk