IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Christina Joseph, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:22-cv-00024-FL |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this 24th day of July, 2025, by the United States District Court for the Eastern District of North Carolina,

ORDERED that **George C. Piemonte, Esquire,** is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $23,095.75 (or 25% of Plaintiff's past-due benefits, whichever is less). Counsel may retain the $3,684.13 in fees previously awarded under the Equal Access Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $19,411.62 due to counsel.

_____
LOUISE W. FLANAGAN
United States District Judge